**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24384-CIV-SMITH**

STEVE GONZALEZ CRESPO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

______________________________________/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Voluntary Dismissal [DE 30]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED without prejudice**. The parties shall bear their own attorney's fees and costs.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of June, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record